# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

GREEN TOUCH INDUSTRIES, INC.,  )
a Florida corporation,  )
                                                )
      Plaintiff,  )
                                                )
vs.  )
                                                )   Civil Action No.: 9:17-cv-80778-DMM
SERVICE INDUSTRY SOLUTIONS, LLC,  )
a Florida Limited Liability Company, and  )
DAVID SARGENT, individually,  )
                                                )
      Defendants.  )
_____/  )

## SUMMONS IN A CIVIL ACTION

TO:  SERVICE INDUSTRY SOLUTIONS, LLC, a Florida Limited Liability Company
       By serving: Registered Agent
       David Sargent
       324 E. 24th Street
       Riviera Beach, FL 33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an offer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                William A. Fleck, Esq.
                Jupiter Legal Advocates
                6650 W. Indiantown Road
                Suite 200
                Jupiter, FL 33458
                Tele.: (561) 748-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: 06/29/2017

Steven M. Larimore
Clerk of Court



**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

GREEN TOUCH INDUSTRIES, INC., )
a Florida corporation, )
 )
    Plaintiff, )
 )
vs. )
 )  Civil Action No.: 9:17-cv-80778-DMM
SERVICE INDUSTRY SOLUTIONS, LLC, )
a Florida Limited Liability Company, and )
DAVID SARGENT, individually, )
 )
    Defendants. )
_____/ )

### SUMMONS IN A CIVIL ACTION

TO:  David Sargent
      324 E. 24th Street
      Riviera Beach, FL  33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an offer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      William A. Fleck, Esq.
      Jupiter Legal Advocates
      6650 W. Indiantown Road
      Suite 200
      Jupiter, FL  33458
      Tele.:  (561) 748-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: 06/29/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts